UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>DUTCH EMBASSY, et al.,<br><br>Defendants. | No. 2:25-cv-2311 CKD P<br><br><br>ORDER |

      Plaintiff, a San Joaquin County Jail detainee proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff only filed the first page of the form. The second page containing plaintiff's signature and the certificate portion of the request which must be completed by plaintiff's institution of incarceration is missing.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement in support of the application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

      2.  Plaintiff shall submit, within thirty days from the date of this order, a completed

affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 18, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
carr2311.3c+.new